UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| IN RE:<br>Inez Travers,<br>Debtor | CHAPTER 7<br>CASE NO. 11-12650-ANV |

### ORDER VACATING LOSS MITIGATION ORDER

This matter has come before the Court and, after full consideration, it is hereby

ORDERED that the order entered on August 10, 2011 granting participation in the Loss

Mitigation Program of the United States Bankruptcy Court, District of Rhode Island, is

VACATED. Bank of America, N.A. may assess the Debtor's account $400.00 in legal

fees for its participation in the Loss Mitigation Program.

_____

Honorable Arthur N. Votolato
United States Bankruptcy Judge

201107-0613