*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

| | |
|---|---|
| In Re: Inez Travers | BK No. 1:11–bk–12650 |
| Debtor(s) | Chapter 7 |

---

### ORDER VACATING REQUEST FOR LOSS MITIGATION

Upon the request to participate in the Loss Mitigation Program filed by John Ennis Esq., attorney for Debtor , on 7/26/2011 as to the debtor's residence, located at 25 Cantara Street, West Warwick, RI 02893, and on 8/10/2011 , the court entered an Order (doc# 34 ) granting the Debtor's request to participate in loss mitigation, and on 9/6/2011 , the Creditor filed a Motion to Terminate requesting that the loss mitigation be vacated (doc.# 42 ). It is hereby **ORDERED** that the order granting participation in the Loss Mitigation Program of the United States Bankruptcy Court, District of Rhode Island is **VACATED.**

*So Ordered:*

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **9/26/11**

Entered on Docket: **9/26/11**
Document Number: **44 – 34**

ovaclm.jsp #751

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

Website: www.rib.uscourts.gov